UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E ROGERS,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY BELLEROSE,<br><br>        Defendant. | Case No. 20-cv-00438-VC<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Re: Dkt. No. 10 |

In his opposition to Bellerose's motion to dismiss, Rogers made a number of factual allegations that did not appear in his complaint. The complaint is thus dismissed with leave to amend. Rogers may file his amended complaint within 28 days of this order. He is reminded that the amended complaint should be a stand-alone document that includes all relevant factual allegations. In other words, Rogers should not rely on allegations made in earlier filings; rather, he should restate all relevant allegations clearly in the amended complaint.

    **IT IS SO ORDERED.**

Dated: July 1, 2020

                                           VINCE CHHABRIA
                                           United States District Judge